### VENTURE INDUSTRIES CORPORATION, Plaintiff–Appellant,

and

Vemco, Inc., Patent Holding Company, and Larry J. Winget, Plaintiffs,

v.

### AUTOLIV ASP, INC. (successor to Morton International, Inc.), Defendant–Appellee.

No. 2008–1113.

United States Court of Appeals, Federal Circuit.

July 10, 2008.

John E. Anding, Drew Cooper & Anding, of Grand Rapids, Michigan, argued for plaintiff-appellant. With him on the brief were Thomas V. Hubbard and Theodore J. Westbrook.

Cyrus Amir–Mokri, Skadden, Arps, Slate, Meagher & Flom LLP, of New York, New York, argued for defendant-appellee. With him on the brief was Peter E. Greene.

DYK, PROST, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.